UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. **07 MJ 23** |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | |
| **Ricardo TORRIENTE** ) | Title 8, U.S.C., Section |
| ) | 1324(a)(2)(B)(iii) - |
| Defendant. ) | Bringing in Illegal Aliens |
| ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **October 2, 2007**, at the San Ysidro Port of Entry, within the Southern District of California, defendant **Ricardo TORRIENTE**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Lucia DIAZ-De La Cruz, Jose Cesar MUNOZ-Alvarez, Maria Guadalupe AGUINIGA-ZENDEJAS,** and **Herbert FLORES-Ambrosio** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Mario Avila, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF **OCTOBER 2007**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Lucia DIAZ-De La Cruz, Jose Cesar MUNOZ-Alvarez,** and **Maria Guadalupe AGUINIGA-Zendejas** are citizens of a country other than the United States; that said aliens admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 2, 2007 at approximately 0527 hours, **Ricardo TORRIENTE (Defendant)** made application for admission into the United States from Mexico at the San Ysidro Port of Entry vehicle entrance lane 23. Defendant was the driver and sole visible occupant of a white 1997 Ford Aerostar. A United States Customs and Border Protection (CBP) Canine Officer was performing pre-primary roving operations when his Human/Narcotics Detector Dog (H/NDD) alerted to the Ford Aerostar. A CBP Officer assisting the Canine Officer approached the vehicle and initiated an inspection. Defendant told the officer he has owned the vehicle for one month, he was going to work in San Diego and was not bringing anything from Mexico. The CBP Officer discovered a non-factory compartment affixed to the vehicle's undercarriage. The Defendant and vehicle were escorted to secondary inspection.

In secondary, CBP officers removed a bolt from the van's interior floor, lifted a non-factory hatch, and discovered four persons concealed in the compartment. The individuals were removed from the compartment and were determined to be undocumented aliens. Three of the aliens are held as material witnesses and are now identified as **Lucia DIAZ-De La Cruz (MW1), Jose Cesar MUNOZ-Alvarez (MW2),** and **Maria Guadalupe AGUINIGA-ZENDEJAS (MW3)**. The fourth undocumented alien was determined to be a citizen of Guatemala and referred for administrative removal.

On separate videotaped interviews, all Material Witnesses declared they are citizens of Mexico with no legal rights or entitlements to enter the United States. MW1 and MW2 stated they were going to pay between $2,000.00 U.S. dollars to $3,000.00 U.S. dollars to be smuggled into the United States. MW3 stated she intended to pay a fee to get smuggled into the United States but does not know the specific amount. The MW1 stated she was en route to Corona, California. MW2 and MW3 stated they were going to Los Angeles, California.