1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Ricardo Torriente

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10                 **(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2360 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RICARDO TORRIENTE, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Robert E. Schroth, Jr.
robschrothesq@sbcglobal.net

Respectfully submitted,

DATED:    October 4, 2007         /s/ Carey D. Gorden
                                  **CAREY D. GORDEN**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Ricardo Torriente