UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Ricardo Torriente ) <br> Defendant(s) ) | CRIMINAL NO. 07Mj 2360-RBB <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted)/ Case Disposed / Order of Court).

Lucia Diaz-De La Cruz

DATED: 10/11/07

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
               DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
                    Deputy Clerk
**L ODIERNO**